IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IAN BRADLEY CORBIN** : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:24-cv-06145-JMG |
| : | |
| **ANDREW HOLVECK, et al.** : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 11th day of June, 2025, upon consideration of Plaintiff's *pro se* Complaint (ECF No. 3 at Ex. A) and Plaintiff's Motion for Leave to Amend his Complaint (ECF No. 21), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims against Defendants James Martin, Carol Marciano, Joseph Stauffer, Chris Gorman, Michael Pochron, Ronald Manescu, Maria Dantos, Douglas Reichley, Thomas McGinley, the Lehigh County District Attorney's Office, the Lehigh County Public Defender's Office, Lehigh Valley Bail Bonds, Lehigh County, and the Commonwealth of Pennsylvania are **HEREBY DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum Opinion.

2. The remainder of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing these claims in *Corbin v. French*, No. 22-3016.

3. Plaintiff will not be granted leave to amend in this case. His Motion for Leave to Amend (ECF No. 21) is **DENIED**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge